IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 01 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| HARRY HAMILTON LOTTS, JR., | ) |
| Plaintiff, | ) Civil Action No.: 5:13cv00071 |
| v. | ) |
| CAROLYN W. COLVIN, | ) By: Hon. Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment, Dkt. No. 12, is **DENIED**, that the Commissioner's motion for summary judgment, Dkt. No. 17, is **GRANTED**, that the report and recommendation, Dkt. No. 22, is **ADOPTED in its entirety,** that the Commissioner's final decision is **AFFIRMED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: August 1, 2014

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge